MASANO ♦ BRADLEY
By: Karen H. Cook, Esquire
Attorney Identification No. 47110
875 Berkshire Boulevard, Suite 100
Wyomissing, Pennsylvania  19610
(610) 372-7700                                                                   Attorneys for Creditor

---

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : BANKRUPTCY NO. 25-12123-pmm |
| TYLER STEVEN HERTZOG | : |
| | : |
| Debtor | : |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(B)
AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002**

Kindly enter our appearance on behalf of Pagoda Federal Credit Union, creditor herein; and please serve the undersigned with a copy of all notices and papers in the above-captioned Chapter 13 proceeding, including any notices specified under Bankruptcy Rule 2002, at the address given above.

MASANO ♦ BRADLEY

By: _/s/ Karen H. Cook_
Karen H. Cook, Esquire
Attorneys for Creditor

MASANO ♦ BRADLEY
By: Karen H. Cook, Esquire
Attorney Identification No. 47110
875 Berkshire Boulevard, Suite 100
Wyomissing, Pennsylvania  19610
(610) 372-7700                                                              Attorneys for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      : CHAPTER 13
                                            : BANKRUPTCY NO. 25-12123-pmm
TYLER STEVEN HERTZOG          :
                                            :
        Debtor                          :

### CERTIFICATE OF SERVICE

I certify that I am this day serving a copy of the Notice of Appearance Under Bankruptcy Rule 9010(b) and Request for Notices Under Bankruptcy Rule 2002 upon the persons and in the manner indicated below.  Service via first class mail and electronically, as follows:

David W. Tidd, Esquire
200 Spring Ridge Drive, Suite 100
Wyomissing, PA  19610
Attorney for Debtor

Scott F. Waterman, Esquire
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
Chapter 13 Trustee

United States Trustee
Office of the United States Trustee
Robert N.C. Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
U.S. Trustee

MASANO ♦ BRADLEY

Dated: 7/24/25              By: _____
                                          Karen H. Cook, Esquire
                                          Attorneys for Creditor, Pagoda Federal Credit Union