UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re.  Tyler Steven Hertzog                         :     No. 25-12123-pmm
                                                     :
         Debtor.                                     :     Chapter 7

AFFIDAVIT PURSUANT TO 28 U.S.C § 1746

    I, Tyler Steven Hertzog, hereby state under penalty of perjury, that I have not filed tax returns since 2021 as I have not been required to do so.  Furthermore, I do not receive pay advices and did not for the 6-month period prior to the commencement of this case.  My source of income is Social Security Disability.

July 28, 2025                              /s/ Tyler Steven Hertzog
                                           Shane Allen Huyett