| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 25-12123-PMM**

Tyler Steven Hertzog  
41 Reed Street  
Mohnton  PA    19540

Petition Filed Date: 05/28/2025  
341 Hearing Date: 07/01/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/27/2025 | $161.36 | | | | | | | |

**Total Receipts for the Period: $161.36    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $492.72**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OF OMAHA »» 001 | Unsecured Creditors | $2,525.09 | $0.00 | $0.00 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $1,096.78 | $0.00 | $0.00 |
| 3 | MERRICK BANK »» 003 | Unsecured Creditors | $2,595.20 | $0.00 | $0.00 |
| 4 | US BANK NA »» 004 | Unsecured Creditors | $14,990.16 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $3,603.35 | $0.00 | $0.00 |
| 6 | PAGODA FEDERAL CREDIT UNION »» 006 | Secured Creditors | $15,834.01 | $0.00 | $0.00 |
| 7 | PAGODA FEDERAL CREDIT UNION »» 007 | Unsecured Creditors | $2,999.85 | $0.00 | $0.00 |
| 8 | YENDO INC »» 008 | Secured Creditors | $322.78 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $736.14 | $0.00 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $1,950.52 | $0.00 | $0.00 |
| 11 | MONEYLION INC »» 011 | Unsecured Creditors | $85.33 | $0.00 | $0.00 |
| 12 | LOANCARE SERVICING CENTER »» 012 | Mortgage Arrears | $4,550.31 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-12123-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $492.72 | Current Monthly Payment: | $161.36 |
| Paid to Claims: | $0.00 | Arrearages: | ($8.64) |
| Paid to Trustee: | $27.09 | Total Plan Base: | $9,681.60 |
| Funds on Hand: | $465.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.