UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Tyler Steven Hertzog | Bankruptcy No.25-12123-PMM |
| Debtor | |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 17th day of September, 2025, by first class mail upon those listed below:

Tyler Steven Hertzog
41 Reed Street
Mohnton, PA  19540

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
200 SPRING RIDGE DR, STE 100
WYOMISSING, PA  19610

/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee