UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Tyler Steven Hertzog | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Lakeview Loan Servicing, LLC | : | |
| Movant | : | |
| vs. | : | 25-12123-pmm |
| | : | |
| Tyler Steven Hertzog | : | |
| Debtor | : | |
| | : | |
| Scott F. Waterman | : | |
| Trustee | : | |

DEBTOR'S RESPONSE TO MOTION
OF LAKEVIEW LOAN SERVICING, LLC
FOR RELIEF FROM THE AUTOMATIC STAY

1-8.    Admitted.

9.    Denied. It is specifically denied that Movant is entitled to relief for cause in light of the following: On October 8, 2025, Debtor deposited $3,320.56 with his counsel to be paid to Movant. Said sum reflects Movant's stated post-petition arrears as well as October 2025's payment.

10.    Admitted.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's request for relief from the automatic stay.

Respectfully submitted,

October 13, 2025

/s/ David W. Tidd
David W. Tidd, Esquire
PA ID 88203
200 Spring Ridge Drive, Ste 200
Wyomissing, PA 19610
Phone: 610-838-8700
Email: banlryptcy@davidtiddlaw.com