### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tyler Steven Hertzog<br>_Debtor_ | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>_Moving Party_<br>vs.<br>Tyler Steven Hertzog<br>_Debtor_ | NO. 25-12123 PMM |
| Scott F. Waterman<br>_Trustee_ | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this __25th__ day of __November__, 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge