# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>TYLER STEVEN HERTZOG | CASE NO: 25-12123-pmm<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 30 |

On 12/1/2025, I did cause a copy of the following documents, described below,

Hertzog, First Amended Chapter 13 Plan ECF Docket Reference No. 31

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/1/2025

/s/ David W. Tidd, Esq.
David W. Tidd, Esq.  88203
Attorney at Law
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA 19610
610-838-8700
bankruptcy@davidtiddlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>TYLER STEVEN HERTZOG | CASE NO: 25-12123-pmm<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 30 |

On 12/1/2025, a copy of the following documents, described below,

Hertzog, First Amended Chapter 13 Plan ECF Docket Reference No. 30

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/1/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David W. Tidd, Esq.
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA  19610

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

~~EXCLUDE~~

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-12123-PMM
EASTERN DISTRICT OF PENNSYLVANIA
MON DEC 1 10-41-6 PST 2025

~~(U)LAKEVIEW LOAN SERVICING  LLC~~

PAGODA FEDERAL CREDIT UNION
CO KAREN H COOK  ESQUIRE
MASANO BRADLEY
875 BERKSHIRE BLVD
SUITE 100
WYOMISSING  PA 19610-1246

~~EXCLUDE~~

~~READING
UNITED STATES BANKRUPTCY COURT
OFFICE OF THE CLERK  GATEWAY BUILDING
201 PENN STREET  1ST FLOOR
READING  PA 19601-4030~~

ASPIRE CREDIT CARD
ATTN BANKRUPTCY
PO BOX 105555
ATLANTA  GA 30348-5555

ASPIRE CREDIT CARD
PO BOX 105555
ATLANTA  GA 30348-5555

UNDELIVERABLE

CREDIT ONE BANK NA
GREENVILLE  SC 29602

(P)EMPOWER FINANCE  INC
9169 W STATE ST
499
GARDEN CITY ID 83714-1733

~~EXCLUDE~~

~~(D)(P)EMPOWER FINANCE  INC
9169 W STATE ST
499
GARDEN CITY ID 83714-1733~~

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

~~EXCLUDE~~

~~(D)(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637~~

~~EXCLUDE~~

~~(D)(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637~~

FULTON BANK
PO BOX 4887
LANCASTER  PA 17604-4887

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LAKEVIEW LOAN SERVICING  LLC
CO KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA  PA 19106-1541

LOANCARE  LLC
3637 SENTARA WAY
VIRGINIA BEACH  VA 23452-4262

~~EXCLUDE~~

~~(D)LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH  VA 23452-4262~~

UNDELIVERABLE

LVNV FUNDING LLC
GREENVILLE  SC 29602

LVNV FUNDINGRESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE  SC 29603-0497

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE  NY 11804-9001

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MONEYLION INC
PO BOX 1547
SANDY  UT 84091-1547

MONEYLION  INC
ATTN BANKRUPTCY DEPT
PO BOX 1547
SANDY  UT 84091-1547

~~EXCLUDE~~

~~(D)MONEYLION  INC
PO BOX 1547
SANDY  UT 84091-1547~~

PAGODA FEDERAL CREDIT
833 WASHINGTON ST
READING  PA 19601-3658

| | | |
|---|---|---|
| PAGODA FEDERAL CREDIT UNION<br>CO KAREN COOK<br>MASON BRADLEY<br>875 BERKSHIRE BLVD STE 100<br>WYOMISSING PA 19610-1246 | SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965064<br>ORLANDO  FL 32896-5064 | SYNCHRONYPAYPAL CREDIT<br>PO BOX 71727<br>PHILADELPHIA  PA 19176-1727 |
| (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US BANKRMS<br>ATTN BANKRUPTCY<br>PO BOX 5229<br>CINCINNATI  OH 45201-5229 | UNDELIVERABLE<br>US BANKRMS<br>BLOOMINGTON  IL 61702 |
| US BK CACS<br>ATTN BANKRUPTCY<br>PO BOX 5229<br>CINCINNATI  OH 45201-5229 | UNDELIVERABLE<br>US BK CACS<br>SAINT LOUIS  MO 63166 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~OFFICE OF UNITED STATES TRUSTEE~~<br>~~ROBERT NC NIX FEDERAL BUILDING~~<br>~~900 MARKET STREET~~<br>~~SUITE 320~~<br>~~PHILADELPHIA  PA 19107-4202~~ |
| (P)YENDO INC<br>ATTN BANKRUPTCY DEPARTMENT<br>3309 ELM STREET<br>340<br>DALLAS TX 75226-1637 | ~~EXCLUDE~~<br>~~(D)(P)YENDO INC~~<br>~~ATTN BANKRUPTCY DEPARTMENT~~<br>~~3309 ELM STREET~~<br>~~340~~<br>~~DALLAS TX 75226-1637~~ | ~~EXCLUDE~~<br>~~DAVID W TIDD~~<br>~~DAVID W TIDD  ESQUIRE~~<br>~~200 SPRING RIDGE DRIVE~~<br>~~SUITE 100~~<br>~~WYOMISSING  PA 19610-3343~~ |
| ~~EXCLUDE~~<br>~~(P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE~~<br>~~2901 ST LAWRENCE AVE~~<br>~~SUITE 100~~<br>~~READING PA 19606-2265~~ | ~~EXCLUDE~~<br>~~TYLER STEVEN HERTZOG~~<br>~~41 REED STREET~~<br>~~MOHNTON  PA 19540-2214~~ | |