United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12123-pmm |
| Tyler Steven Hertzog | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 15, 2026 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyler Steven Hertzog, 41 Reed Street, Mohnton, PA 19540-2214 |
| 15012952 | | Credit One Bank N.A., Greenville, SC 29602 |
| 15012959 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 15012964 | | Pagoda Federal Credit, 833 Washington St, Reading, PA 19601-3658 |
| 15032541 | + | Pagoda Federal Credit Union, c/o Karen Cook, Mason Bradley, 875 Berkshire Blvd ste 100, Wyomissing Pa 19610-1246 |
| 15012967 | | US Bank/Rms, Bloomington, IL 61702 |
| 15012969 | | US Bk Cacs, Saint Louis, MO 63166 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15012950 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 16 2026 00:33:00 | Aspire Credit Card, PO Box 105555, Atlanta, GA 30348-5555 |
| 15012951 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 16 2026 00:33:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 15012953 | Email/Text: operations@empower.me | Jan 16 2026 00:33:00 | Empower Cash Advance, 9169 W State St, 499, Garden City, ID 83714-1733 |
| 15012954 | Email/Text: operations@empower.me | Jan 16 2026 00:33:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St, Ste 102, San Francisco, CA 94110-2102 |
| 15015557 | Email/Text: collecadminbankruptcy@fnni.com | Jan 16 2026 00:33:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 15012956 | Email/Text: collecadminbankruptcy@fnni.com | Jan 16 2026 00:33:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 15012955 | Email/Text: collecadminbankruptcy@fnni.com | Jan 16 2026 00:33:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 15012957 | Email/Text: bankruptcy@fultonbank.com | Jan 16 2026 00:33:00 | Fulton Bank, PO Box 4887, Lancaster, PA 17604-4887 |
| 15032373 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2026 00:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15016476 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2026 00:37:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15014917 | ^ MEBN | Jan 16 2026 00:30:28 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15012958 | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 16 2026 00:33:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15012960 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2026 00:37:19 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 29603-0497 |
| 15019013 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 16 2026 00:37:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15012961 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 16 2026 00:37:16 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15032878 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2026 00:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15012962 | | Email/Text: bankruptcy@moneylion.com | Jan 16 2026 00:33:00 | Moneylion, Inc, PO Box 1547, Sandy, UT 84091-1547 |
| 15012963 | | Email/Text: bankruptcy@moneylion.com | Jan 16 2026 00:33:00 | Moneylion, Inc, Attn: Bankruptcy Dept, PO Box 1547, Sandy, UT 84091-1547 |
| 15012965 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | Synchrony/Paypal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15012966 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15025455 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 16 2026 00:33:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15012968 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 16 2026 00:33:00 | US Bank/Rms, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15012970 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 16 2026 00:33:00 | US Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 15032520 | | Email/Text: bankruptcy@yendo.com | Jan 16 2026 00:33:00 | YENDO INC, 3575 Far West Blvd Ste Box 30493, Austin, Texas 78731 |
| 15012971 | | Email/Text: bankruptcy@yendo.com | Jan 16 2026 00:33:00 | Yendo Inc, 3309 Elm St, Dallas, TX 75226-1637 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15035951 | *+ | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15033569 | *+ | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Jan 15, 2026     Form ID: 155     Total Noticed: 32

below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Tyler Steven Hertzog bankruptcy@davidtiddlaw.com |
| KAREN H. COOK | on behalf of Pagoda Federal Credit Union kcook@masanobradley.com  JHolguin@masanobradley.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Tyler Steven Hertzog<br><br>  Debtor(s). | Case No. 25−12123−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: January 15, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court