Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Tyler Steven Hertzog
41 Reed Street
Mohnton, PA 19540

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-12123-PMM**

Petition Filed Date: 05/28/2025
341 Hearing Date: 07/01/2025
Confirmation Date: 01/15/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2025 | $161.36 | | 08/27/2025 | $170.00 | | 11/21/2025 | $163.00 | |
| 01/06/2026 | $161.00 | | 01/29/2026 | $160.42 | | 03/11/2026 | $161.00 | |
| 05/01/2026 | $162.00 | | 06/24/2026 | $161.00 | | 07/13/2026 | $162.00 | |

**Total Receipts for the Period: $1,461.78 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,785.14**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,513.00 | $1,658.54 | $1,854.46 |
| 1 | FIRST NATIONAL BANK OF OMAHA<br>»» 001 | Unsecured Creditors | $2,525.09 | $0.00 | $2,525.09 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,096.78 | $0.00 | $1,096.78 |
| 3 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $2,595.20 | $0.00 | $2,595.20 |
| 4 | US BANK NA<br>»» 004 | Unsecured Creditors | $14,990.16 | $0.00 | $14,990.16 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $3,603.35 | $0.00 | $3,603.35 |
| 6 | PAGODA FEDERAL CREDIT UNION<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PAGODA FEDERAL CREDIT UNION<br>»» 007 | Unsecured Creditors | $2,999.85 | $0.00 | $2,999.85 |
| 8 | YENDO INC<br>»» 008 | Secured Creditors | $322.78 | $0.00 | $322.78 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $736.14 | $0.00 | $736.14 |
| 10 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,950.52 | $0.00 | $1,950.52 |
| 11 | MONEYLION INC<br>»» 011 | Unsecured Creditors | $85.33 | $0.00 | $85.33 |
| 12 | LOANCARE SERVICING CENTER<br>»» 012 | Mortgage Arrears | $4,550.31 | $0.00 | $4,550.31 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,785.14 | Current Monthly Payment: | $160.42 |
| Paid to Claims: | $1,658.54 | Arrearages: | $153.94 |
| Paid to Trustee: | $126.60 | Total Plan Base: | $9,318.40 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.